AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN FREDERICK BLACK | ) Case No. 4:26mj10-MAF |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Between January 11-14, 2026__ in the county of __Leon__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Attempted Transfer of Obscene Material to Minors |

This criminal complaint is based on these facts:
See Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Derek Farniok, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/27/2026

_____
*Judge's signature*

City and state: Tallahassee, Florida

Martin A. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*



RCV'D USDC FLND TL
JAN 27 '26 PM5:00