CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:26–mj–00067–1
## *Internal Use Only*

Case title: USA v. Black

Date Filed: 01/29/2026

Other court case number: 4:26–mj–00010 Northern District of Florida

Date Terminated: 02/05/2026

Assigned to: Magistrate Judge Yvonne Y Ho

**Defendant (1)**

**John Frederick Black**
*In Custody*
*TERMINATED: 02/05/2026*

represented by **Justin Alan Keiter**
The Keiter Law Firm, PLLC
TX
1906 Heights Blvd
77008
Houston, TX 77008
346–800–7927
Email: justin@keiterlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Federal Public Defender – Houston**
440 Louisiana
Ste 1350
Houston, TX 77002
713–718–4600
Fax: 713–718–4610
Email: hou_ecf@fd.org
*TERMINATED: 02/03/2026*
*Designation: Public Defender or Community Defender Appointment*

**Rachael Melby**
Federal Public Defender
440 Louisiana St.
Suite 1350
Houston, TX 77002
713–718–4600
Email: rachael_melby@fd.org
*TERMINATED: 02/03/2026*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Attempted Transfer of Obscene Material to Minors 18:1470.F | |

**Plaintiff**

| **USA** | represented by | **Shawn Jeffery Nelson**<br>U.S. Department of Justice<br>Southern District of Texas<br>1000 Louisiana St.<br>Suite 2300<br>Houston, TX 77002<br>713–657–9343<br>Email: shawn.nelson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2026 | 1 | Criminal Complaint – Northern District of Florida – Tallahassee Division as to John Frederick Black, filed. (abb4) (Entered: 01/29/2026) |
| 01/29/2026 | | Arrest (Rule 40) of John Frederick Black, filed. (abb4) (Entered: 01/29/2026) |
| 01/29/2026 | 2 | Arrest Warrant issued 01/27/2026; Returned Executed on 01/29/2026 as to John Frederick Black. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy, filed. (abb4) (Entered: 01/29/2026) |
| 01/29/2026 | | Set Hearing as to John Frederick Black: Initial Appearance – Rule 40 set for 1/29/2026 at 10:00 AM in Courtroom 704 before Magistrate Judge Yvonne Y Ho (abb4) (Entered: 01/29/2026) |
| 01/29/2026 | 3 | |

| | | |
|---|---|---|
| | | NOTICE OF SETTING as to John Frederick Black. Initial Appearance – Rule 40 set for 1/29/2026 at 02:00 PM in Courtroom 704 before Magistrate Judge Yvonne Y Ho, filed. (rlw4) (Entered: 01/29/2026) |
| 01/29/2026 | | Arrest of John Frederick Black, filed. (rlw4) (Entered: 01/29/2026) |
| 01/29/2026 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 1/29/2026 before Magistrate Judge Yvonne Y Ho as to John Frederick Black. Defendant first appearance on Complaint from the Florida Northern District Court 4:26–mj–10 and advised of rights/charges. Defendant requests appointed counsel, Financial Affidavit executed on the record, Defendant appeared with counsel. Hearing to be set, Order appointing FPD to be entered, Court orders defendant to reimburse the CJA Fund, Defendant to pay partial payment to CJA Fund, Defendant to make a one–time payment of 1,000.00, Waiver of Identity, Preliminary executed on the record, Order of Temporary Detention Pending Hearing to be entered. Detention Hearing set for 2/3/2026 at 11:00 AM in Courtroom 702 before Magistrate Judge Dena Hanovice Palermo Court appoints FPD for limited purpose during SDTX hearings only. Defendant advised the Court that he retained counsel in Florida. Court grants Government's oral motion to unseal the complaint. Appearances: AUSA Shawn Jeffery Nelson for USA; AFPD Rachael Melby for Defendant.(ERO:Yes) (Interpreter: No) Defendant remanded to custody, filed. (rlw4) (Entered: 01/29/2026) |
| 01/29/2026 | 4 | ORDER for Partial Reimbursement of Court Appointed Counsel as to John Frederick Black a one–time payment in the amount of $1,000.00. ( Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 01/29/2026) |
| 01/29/2026 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER FOR LIMITED PURPOSES as to John Frederick Black. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) Modified on 1/30/2026 (rlw4). (Entered: 01/29/2026) |
| 01/29/2026 | 6 | BRADY ORDER on Rule 5(f) as to John Frederick Black. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 01/29/2026) |
| 01/29/2026 | 7 | Order of Temporary Detention Pending Hearing as to John Frederick Black Detention Hearing set for 2/3/2026 at 11:00 AM in Courtroom 702 before Magistrate Judge Dena Hanovice Palermo ( Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 01/29/2026) |
| 01/30/2026 | | NOTICE OF ATTORNEY APPEARANCE Rachael Melby, Federal Public Defender, in case as to John Frederick Black, filed. (Melby, Rachael) (Entered: 01/30/2026) |
| 02/02/2026 | 8 | Notice of Substitution by USA as to defendant John Frederick Black, filed. (Nelson, Shawn) (Entered: 02/02/2026) |
| 02/02/2026 | 9 | Unopposed MOTION to Substitute Attorney Justin Alan Keiter by John Frederick Black, filed. (Keiter, Justin) (Entered: 02/02/2026) |
| 02/03/2026 | 10 | ORDER granting 9 Motion to Substitute Attorney Justin Alan Keiter for John Frederick Black replacing Federal Public Defender – Houston and Rachael Melby as to John Frederick Black (1).(Signed by Magistrate Judge Dena Hanovice Palermo.) Parties notified. (clf4) (Entered: 02/03/2026) |
| 02/03/2026 | | DETENTION HEARING Minute Entry for proceedings held on 2/3/2026 before Magistrate Judge Dena Hanovice Palermo as to John Frederick Black Defendant appeared with counsel. The Court took the matter of bond under advisement. Appearances: AUSA Shawn Jeffery Nelson for USA; Justin Keiter (Retained) for |

3

| | | |
|---|---|---|
| | | Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Fran Sonne) Defendant remanded to custody, filed. (clf4) (Entered: 02/03/2026) |
| 02/05/2026 | 11 | ORDER OF DETENTION PENDING TRIAL as to John Frederick Black ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (clf4) (Entered: 02/05/2026) |
| 02/05/2026 | 12 | COMMITMENT TO ANOTHER DISTRICT as to John Frederick Black. Defendant committed to the Northern District of Florida. ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (clf4) (Entered: 02/05/2026) |
| 02/05/2026 | | RULE 5 Papers sent to Northern District Florida, Tallahassee Division as to John Frederick Black, filed. (clf4) (Entered: 02/05/2026) |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN FREDERICK BLACK | )<br>)<br>)<br>)   Case No.  4:26mj10-MAF<br>)<br>)<br>) |
| _____<br>*Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Between January 11-14, 2026___ in the county of ___Leon___ in the ___Northern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Attempted Transfer of Obscene Material to Minors |

This criminal complaint is based on these facts:

See Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Derek Farniok, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___01/27/2026___

_____
*Judge's signature*

City and state: ___Tallahassee, Florida___    Martin A. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*

RCVD USDC FLND TL
JAN 27 '26 PM5:00



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 4:26mj10-MAF

JOHN FREDERICK BLACK

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derek Farniok, being duly sworn, depose and state the following:

### I.  INTRODUCTION

1.     I have been employed as a Special Agent with Homeland Security Investigations since August 4, 2019. Furthermore, I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. Prior to Employment with Homeland Security Investigations, I was employed with the Midland Police Department in Midland, Texas, for approximately two and a half years as a Patrol Officer, and received 704 hours of training from the Permian Basin Law Enforcement Academy. I also possess a bachelor's degree in criminology from the University of Oklahoma.

2.     I have also received training in various criminal investigative techniques involving financial investigations, drug investigations, the execution of search warrants, and other methods related to criminal investigations. I have received training from the Federal Law Enforcement Training Center and other law


RCV'D USDC FLND TL
JAN 27 '26 PM 4:59

1

enforcement agencies in the areas of child pornography investigations. As part of my current duties, I investigate criminal violations relating to child sexual exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A, 2422. I have had the opportunity to observe and review numerous examples of child Coercion and Enticement in various forms of media including computer media. In preparation of this affidavit, I have discussed the facts of this case with other law enforcement agents/officers within HSI and at local law enforcement agencies. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 1470, 2251, 2252, 2252A, and 2422.

3.      This affidavit, made in support of a criminal complaint charging John Frederick Black, contains evidence in violation of 18 U.S.C. 1470 (Attempted Transmission of Obscene Material to a Minor).

4.      The facts in this affidavit come from my review of the facts of this case from reading the reports of investigation, my training and experience, and information obtained from other agents/investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for this Criminal Complaint and associated arrest requested warrant, and does not set forth all of my knowledge about this matter.

2

## II.   FACTS ESTABLISHING PROBABLE CAUSE

5.     On January 27, 2026, I was provided with the following information from Leon County Sheriff's Office Detective Nick Kelly regarding information related to his criminal investigation:

On January 11, 2026, I was actively engaging in an ongoing undercover chat operation on social media platforms aimed at identifying and locating adults who were actively targeting minors for sexual purposes. I was acting in an undercover capacity and utilized the persona of a 13-year-old female named "Callie" on the online communication application, "kik." Images of detective Ciara Mercado with the Leon County Sheriff's Office were utilized.

Kik user (sgtblack96) sent UC a direct message initiating contact. His profile picture was of a shirtless bald white male with dark colored salt and pepper beard and mustache standing in front of a white interior door. Tattoos were visible on his upper torso and both upper arms along the biceps. Tattoo on his chest read, "Scarred by Life" and the tattoo along his torso was of Jesus on the cross. The individual was identified to be John Frederick Black (DOB: 8/9/1979) based on his Texas driver's license.

The following is a portion of the messages exchanged via kik:

January 11, 2026:
Black: Hello beautiful **heart eyes emoji** How's it going
Black: You look great **smiling face emoji**
UC: Heyyy thnx im callie. U from Florida too?
Black: No I'm in Houston Texas. My name's John
......
Black: Just on the north side of Houston
......

3

UC: What's ur username mean?
Black: I was a sergeant in the Marines
UC: Oh ur not anymore??
Black: No. I've been out for 23 years

......

***Black sent image of himself shirtless on a couch with his face visible***

......

***Black sent video of himself shirtless on a couch hand gesturing a kiss with his face visible***

<u>January 12, 2026</u>:

UC: Heyy sry I didn't tell u how old I was
Black: Lol That's okay. You too young? **tongue sticking out emoji**
Black: I don't think I told you how old I was either
Black: I'm probably too old
UC: I forgot an usually say..sry u probably b mad
Black: Nah. Not mad. How old are you
UC: 13 **smiling face emoji**
Black: Oh wow lol
Black: I'm 46
Black: More than three times your age lol
Black: Not gonna liie though. From what I can see, you look pretty hot.
UC: Oh really I didn't know it thought u were like 30
UC: Thnx **smiling face emoji** ur not mad?
Black: Nope

***Black sent image of himself balling his fist in a flexing stance with only underwear and his penis partially visible through the thin underwear material with his face visible***

Black: I'd give you a big strong hug if you were here **kissing face emoji**
UC: Don't hurt me lol
Black: Lol
UC: Im not that big lol
Black: Never. I'm 6'00" 215. I bet you're a sexy petite thing with nice hips **two kissing face emojis** Would be fun to wrap my arms around
UC: oh im just 5'4
Black: mmmmm perfect
UC: I play a lot of soccer

4

Black: Love athetic bodies. Pretty sure I'd love yours **smiling face emoji**
Awwwww. You're sweet

***Black sent image of himself standing up with only underwear on and his penis partially visible through the thin underwear material with visible tattoo along his lower torso that read, "those who bled for us"***

***Black sent image of the backside to display his tattoos fully nude***

January 13, 2026:

UC: In my last class **smiling face emoji**
Black: Nice. How much longer?
UC: 430 **sad face emoji** feels like forever
Black: 25 more minutes. That's late for school. They get out by 3-330 in Texas
UC: Middle school?
Black: All school
.......
***Black sent image of himself shirtless lying on a bed with his face visible***
.......
***Black sent image of himself shirtless sitting up in bed with navy blue bed sheets covering the lower portion of his body with the bed sheet positioned in the shape of a penis in the area of his penis with his face visible***
Black: Wish you were coming to snuggle with me **kiss face emoji and tongue sticking out emoji**
......
UC: Would anyone see me come in?
Black: Hell no **tongue sticking out emoji**
Black: Would be our secret
UC: They wouldn't see me walk in?
Black: Most people aren't staring through their windows all day **tongue sticking out**

***Black sent image of himself shirtless lying in bed posing with his arm behind his head with his face visible***
......
UC: R u embarrassed of me?
Black: Lol no
Black: 13 year olds walking into a 46 year olds house looks suspicious though **tongue sticking out emoji**

5

......
Black: Bout to take a shower

***Black sent image of him shirtless standing in a shower with his face visible***
......
***Black sent a nude image of himself on a couch with a blanket partially covering his penis with part of his penis exposed with his face visible***

UC: U mean to have your uh stuff showing?
Black: Oh sorry, must have popped out. Happens sometimes. It's pretty big
.....
Black: Did you want me to mean to? **tongue sticking out emoji**
UC: Thts completely new to me so idk. Up to u
Black: hmmmm. Not gonna lie. It gets pretty hard when we're talking and I'm looking at you **smiling face emoji and tongue sticking out emoji**
.....
UC: Thnx **smiling face emoji** I'll try! Anything in particular u want to see?
Black: Anything that shows your whole body and beautiful face **smiling face emoji**
.....
Black: I suppose I can show you all of me **smiling face emoji**
UC: Ok I'll figure it out lol

***Black sent an image of him fully nude holding his erected penis while sitting on a couch with his face visible***

Black: There's the rest **kissing face emoji**
UC: I think u meant to send that one lol
Black: I did lol
Black: How could you tell
UC: Why does it look wet?
Black:**tongue sticking out emoji** It got really hard talking to you so I put some coconut oil on it
UC: Y u put tht on it??
Black: Yeah. So I could stroke it. I'll show you.

***Black sent video of him masturbating fully nude on a couch with his face visible***
......

6

Black: Did you like watching it?

UC: Yeah I mean im 13 so it's crossing my mind more and more

Black: Lol, yeah that's about the age my dick started getting hard all the time lol

Black: It feels good to play with it

Black: And I like thinking about you playing with it

UC: Ud want me to? I'd need a little guidance on wat to do

Black: Of course. And I'd enjoy showing you

***Black sent video of him fully nude masturbating on a couch with his face visible***

Black: You just put some oil on it

Black: Grip it firmly

Black: Then slide your hand up and down it

Black: You'd probably need to use both hands though

Black: While you're doing that you can suck it like you would a lollipop

Black: Rust also feels good

Black: And you just do that until the cum shoots out

Black: That not rust

Black: Lol

UC: What do u do with the cum tho??

Black: Well you can let it shoot all over my stomach, or your tits, or in your mouth

UC: Anyone say how it tastes?

UC: Is it messy?

Black: Depends on the guy. But it's mostly just salty

Black: Doesn't taste bad if you have a healthy diet

Black: And yeah, it's messy

UC: Ehh notva fan of salty things

Black: If you're not going to swallow it, best to have a towel or some tissues available

Black: Then on your tits it is **tongue sticking out emoji**

Black: I'll clean you up after

UC: Yeah I don't want tht staying on me if it's messy

***Black sent a video of him fully nude masturbating from the view of camera looking up with his face visible***

Black: Have no fear

Black: I'll get a warm wash cloth and get it off you

7

UC: Ur way over there in Texas anyways lol
Black: One can dream **tongue sticking out emoji**
Black: I'm gonna cum for you so you can see **two kssing face emojis**

***Black sent a video of him masturbating until he ejaculated with dark colored tattoos visible along his lower torso without his face visible. The tattoo was consistent with the lower torso tattoo visible on a previous image Black sent***

UC: That wasn't that much
Black: No it wasn't bad. The volume fluctuates based on how much you cum in any given period of time
Black: The longer you wait, the more there is etc
UC: Ooo I gotcha
Black: **tongue sticking out emoji** I've kept you up way too long
……
UC: Thnx **smiling face emoji** ttyl
Black: Sounds good **smiling face emoji**


An address for Black was located out of Houston, Texas at 5723 Kansas Street, Houston, Texas, 77007. The residence appeared to be a condo with beige interior walls and an arch cut out in the living room. Based on the images and videos received, Black created the images and videos from inside the residence.

Kik provided records in response to a state (Florida) search warrant that included communication between Black and the UC. The subscriber information provided email address sgtblack79@yahoo.com with first name "sgtblack96." Black consistently provided the same name, location, body description, and images to numerous individuals on Kik. IP addresses provided from the account were from January 11-14, 2026. The records indicated that the IP address was associated with Wi-Fi (via Comcast Cable Communications) or mobile cellular data (via Verizon) in or around Houston,

8

Texas. The images and videos provided with the search warrant return indicated that the account was created and controlled by Black.

Records were obtained from Yahoo! in response to a state subpoena for records. Responsive records included subscriber information that included email address sgtblack79@yahoo.com and indicated the account was still active since it was created on October 5, 2002. The name listed on the account was "John Black" with an address (1414 Richmond #3003, Houston, Texas, 77006 – an address previously listed for Black). The listed recovery email address was sgtblack79@gmail.com and phone number (713-703-5649) were shown to be "verified" on June 11, 2025. The IP addresses provided by Yahoo! for logins between January 11-20, 2026, belong to a block of addresses related to Comcast Cable Communications. Legal process to Comcast Cable Communications regarding the IP addresses is pending.

The investigation revealed that a Houston Police Department report was generated on October 23, 2019, in reference to a missing person. The report referred to telephone number 713-703-5649 for Deputy John Black. Several times in that report, John was referred to as a deputy or a detective.

On January 26, 2026, officers with the Houston Police Department arrested Black on an arrest warrant issued by a judge in Leon County regarding the above-listed allegations. Detectives with the Houston Police Department's Internet Crimes Against Children (ICAC) unit conducted a post-*Miranda* interview of Black. During the interview, Black admitted to being the operator of the Kik profile "sgtblack96." Black further admitted to transmitting explicit images and videos as described above. Black claimed that he disregarded the age of any Kik user with whom he communicated.

## III. CONCLUSION

6. Based upon the aforementioned facts, I submit that there is probable cause to believe that between January 11-14, 2026, John Frederick Black did attempt to transmit obscene material to a minor less than 16 years of age, in violation of Title 18, United States Code, Section 1470.

Derek E. Wilson Farniok
Special Agent
Homeland Security Investigations

Subscribed and sworn before me this 27th day of January, 2026.

MARTIN A. FITZPATRICK
United States Magistrate Judge

10

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:45519303@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00067 USA v. Black Arrest - Rule 40
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 1/29/2026 at 8:36 AM CST and filed on 1/29/2026

| | |
|---|---|
| **Case Name:** | USA v. Black |
| **Case Number:** | 4:26–mj–00067 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of John Frederick Black, filed. (abb4)**


**4:26–mj–00067–1 Notice has been electronically mailed to:**

**4:26–mj–00067–1 Notice has not been electronically mailed to:**

16

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

United States Courts
Southern District of Texas
FILED

*January 29, 2026*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 4:26mj10-MAF |
| JOHN FREDERICK BLACK | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By: _____
Deputy Clerk

## ARREST WARRANT

To:     Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JOHN FREDERICK BLACK                       ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:
    Attempted Transfer of Obscene Material to Minors, in violation of Title 18 U.S.C. § 1470, committed between January 11-14, 2026, in Leon County, Florida, in the Northern District of Florida.

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk

Deputy Clerk

Date:    01/27/2026                                     _____
                                                      *Issuing officer's signature*

City and state:    Tallahasee, Florida                      Martin A. Fitzpatrick, U.S. Magistrate Judge
                                                       *Printed name and title*

---

| Return |
|---|

This warrant was received on *(date)*   1/29/2026   , and the person was arrested on *(date)*   1/29/2026
at *(city and state)*   Houston tx   .

Date:   1/29/2026                                 _____
                                              *Arresting officer's signature*

             cell block executed                      Solivar Deo
                                                 *Printed name and title*

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:45519346@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00067 USA v. Black Set/Reset Deadlines/Hearings
Content-Type: text/html
```

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered on 1/29/2026 at 8:40 AM CST and filed on 1/29/2026

| | |
|---|---|
| **Case Name:** | USA v. Black |
| **Case Number:** | 4:26–mj–00067 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Set Hearing as to John Frederick Black: Initial Appearance – Rule 40 set for 1/29/2026 at 10:00 AM in Courtroom 704 before Magistrate Judge Yvonne Y Ho (abb4)**

**4:26–mj–00067–1 Notice has been electronically mailed to:**

**4:26–mj–00067–1 Notice has not been electronically mailed to:**

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                          Case Number: 4:26–mj–00067

John Frederick Black

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Yvonne Y Ho

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  1/29/2026

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance – Rule 40

Date:    January 29, 2026

Nathan Ochsner, Clerk

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender - Houston (hou_ecf@fd.org)
--Non Case Participants:
--No Notice Sent:

Message-Id:45529258@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00067 USA v. Black Arrest
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 1/29/2026 at 5:21 PM CST and filed on 1/29/2026

| | |
|---|---|
| **Case Name:** | USA v. Black |
| **Case Number:** | 4:26–mj–00067 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest of John Frederick Black, filed. (rlw4)**

**4:26–mj–00067–1 Notice has been electronically mailed to:**

Federal Public Defender – Houston &nbsp &nbsp hou_ecf@fd.org

**4:26–mj–00067–1 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender - Houston (hou_ecf@fd.org)
--Non Case Participants:
--No Notice Sent:

Message-Id:45529358@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00067 USA v. Black Initial Appearance - Rule 5(c)(3)
Content-Type: text/html
```

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered on 1/29/2026 at 5:26 PM CST and filed on 1/29/2026

**Case Name:**        USA v. Black

**Case Number:**      4:26–mj–00067

**Filer:**

**Document Number:**  No document attached

**Docket Text:**
 **INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 1/29/2026 before Magistrate Judge Yvonne Y Ho as to John Frederick Black. Defendant first appearance on Complaint from the Florida Northern District Court 4:26–mj–10 and advised of rights/charges. Defendant requests appointed counsel, Financial Affidavit executed on the record, Defendant appeared with counsel. Hearing to be set, Order appointing FPD to be entered, Court orders defendant to reimburse the CJA Fund, Defendant to pay partial payment to CJA Fund, Defendant to make a one–time payment of 1,000.00, Waiver of Identity, Preliminary executed on the record, Order of Temporary Detention Pending Hearing to be entered. Detention Hearing set for 2/3/2026 at 11:00 AM in Courtroom 702 before Magistrate Judge Dena Hanovice Palermo Court appoints FPD for limited purpose during SDTX hearings only. Defendant advised the Court that he retained counsel in Florida. Court grants Government's oral motion to unseal the complaint. Appearances: AUSA Shawn Jeffery Nelson for USA; AFPD Rachael Melby for Defendant.(ERO:Yes) (Interpreter: No) Defendant remanded to custody, filed. (rlw4)**

**4:26–mj–00067–1 Notice has been electronically mailed to:**

Federal Public Defender – Houston &nbsp &nbsp hou_ecf@fd.org

**4:26–mj–00067–1 Notice has not been electronically mailed to:**

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA     §

   §

*versus*     §     Case No. 4:26–mj–00067

   §

John Frederick Black     §

## ORDER FOR PARTIAL REIMBURSEMENT
## OF COURT APPOINTED COUNSEL

Upon review of Defendant's Financial Affidavit, the Court has determined that the Defendant qualifies for court appointed counsel in accordance with the Criminal Justice Act. The Defendant is, however, able to make a financial contribution towards his/her legal representation. It is therefore,

ORDERED that Defendant make a one–time payment in the amount of $1,000.00 within 30 days after entry of this Order.

Payment should be made in the form of a money order or cashier's check, made payable to **Clerk, U.S. District Court**, and mailed to **U.S. District Court, Financial Section, P.O. Box 61010, Houston, Texas 77208**.

Date: January 29, 2026

Yvonne Y. Ho
United States Magistrate Judge

22

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:26–mj–00067 |
| | § | |
| John Frederick Black | § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, John Frederick Black, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

### Attorney appointed: Federal Public Defender

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on January 29, 2026.

_____
Yvonne Y. Ho
United States Magistrate Judge

23

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:26–mj–00067 |
| | § | |
| John Frederick Black | § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so **ORDERED**.

**SIGNED** on January 29, 2026.

_____
Yvonne Y. Ho
United States Magistrate Judge

24

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:26–mj–00067 |
| | § | |
| John Frederick Black | § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Detention Hearing
February 3, 2026 at 11:00 AM
Courtroom 702
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 29, 2026

_____
Yvonne Y. Ho
United States Magistrate Judge

25

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender - Houston (hou_ecf@fd.org), Rachael Melby
(esther_reyna@fd.org, hou_ecf@fd.org, rachael_melby@fd.org)
--Non Case Participants:
--No Notice Sent:

Message-Id:45531961@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00067 USA v. Black Notice of Attorney Appearance Federal
```
Public Defender
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered by Melby, Rachael on 1/30/2026 at 10:15 AM CST and filed on 1/30/2026

**Case Name:**        USA v. Black

**Case Number:**      4:26–mj–00067

**Filer:**

**Document Number:**  No document attached

**Docket Text:**
 **NOTICE OF ATTORNEY APPEARANCE Rachael Melby, Federal Public Defender, in case as to John Frederick Black, filed. (Melby, Rachael)**

**4:26–mj–00067–1 Notice has been electronically mailed to:**

Federal Public Defender – Houston &nbsp &nbsp hou_ecf@fd.org

Rachael Melby &nbsp &nbsp rachael_melby@fd.org, esther_reyna@fd.org, hou_ecf@fd.org

**4:26–mj–00067–1 Notice has not been electronically mailed to:**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:26-mj00067 |
| | § | |
| JOHN FREDERICK BLACK | § | |
| | § | |

## SUBSTITUTION OF COUNSEL

The United States of America hereby gives notification to the Court effective immediately, Shawn Nelson, Assistant United States Attorney will be a AUSA assigned to this case. Please forward all correspondences to Shawn Nelson, AUSA, United States Attorney's Office, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By: _____

SHAWN NELSON
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9343
e-mail: shawn.nelson@usdoj.gov

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CASE NO.  4:26-MJ-00067 |
| | § | |
| | § | |
| | § | |
| JOHN FREDERICK BLACK | § | |

### <u>UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY OF RECORD</u>

TO THE HONORABLE JUDGE:

COMES NOW, JUSTIN KEITER, the undersigned attorney, and hereby requests this Honorable Court allow him to substitute as attorney of record and to represent JOHN BLACK, Defendant in the above-styled and numbered cause. This substitution is at the request of Defendant.

Undersigned Counsel has consulted with Federal Public Defender Rachael Melby as to this motion and has been informed that Rachael Melby is unopposed to this motion.

Respectfully submitted,

*/s/Justin Keiter*
Justin Keiter
Attorney for JOHN BLACK
1906 Heights Blvd.
Houston, TX 77008
(346) 800-7927
Justin@keiterlawfirm.com
Texas State Bar No. 24044225

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion with the Clerk of the Court

and have forwarded a copy of said motion to AUSA Shawn Nelson, counsel for the government.


<u>/s/Justin Keiter</u>
Justin Keiter

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:26-MJ-00067** |
| | | |
| | § | |
| | § | |
| **JOHN FREDERICK BLACK** | § | |

## ORDER

On this day came on to be heard a **Motion to Substitute Attorney of Record** and it appearing to the Court that such motion should be **GRANTED**.

It is, therefore, **ORDERED** that Justin A. Keiter shall be substituted as attorney of record for the Defendant, JOHN FREDERICK BLACK, in the above-entitled cause.

**SIGNED** on this the _____ day of _____, 2026.


_____
JUDGE PRESIDING

30

United States District Court
Southern District of Texas
**ENTERED**
February 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:26-MJ-00067** |
| | § | |
| | § | |
| | § | |
| **JOHN FREDERICK BLACK** | § | |

## ORDER

On this day came on to be heard a **Motion to Substitute Attorney of Record** and it appearing to the Court that such motion should be **GRANTED**.

It is, therefore, **ORDERED** that Justin A. Keiter shall be substituted as attorney of record for the Defendant, JOHN FREDERICK BLACK, in the above-entitled cause.

**SIGNED** on this the __3rd__ day of __February__, 2026.

_Dena Palermo_
_____
JUDGE PRESIDING

31

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Justin Alan Keiter (justin@keiterlawfirm.com), Shawn Jeffery Nelson
(shawn.nelson@usdoj.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:45560441@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00067 USA v. Black Detention Hearing
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered on 2/3/2026 at 12:35 PM CST and filed on 2/3/2026

**Case Name:**       USA v. Black

**Case Number:**     4:26–mj–00067

**Filer:**

**Document Number:**  No document attached

**Docket Text:**
 **DETENTION HEARING Minute Entry for proceedings held on 2/3/2026 before Magistrate Judge Dena Hanovice Palermo as to John Frederick Black Defendant appeared with counsel. The Court took the matter of bond under advisement. Appearances: AUSA Shawn Jeffery Nelson for USA; Justin Keiter (Retained) for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Fran Sonne) Defendant remanded to custody, filed. (clf4)**

**4:26–mj–00067–1 Notice has been electronically mailed to:**

Justin Alan Keiter &nbsp &nbsp justin@keiterlawfirm.com

Shawn Jeffery Nelson &nbsp &nbsp shawn.nelson@usdoj.gov

**4:26–mj–00067–1 Notice has not been electronically mailed to:**

AO 472 (Rev. 11/16) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
### for the

### Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 4:26-mj-67 |
| John Frederick Black | ) | |
| *Defendant* | ) | |

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☒ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1), or

☒ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2),

the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

### Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

☐ **(1)** the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):

☐ **(a)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**

☐ **(b)** an offense for which the maximum sentence is life imprisonment or death; **or**

☐ **(c)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); **or**

☐ **(d)** any felony if such person has been convicted of two or more offenses described in subparagraphs (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; **or**

☐ **(e)** any felony that is not otherwise a crime of violence but involves:
**(i)** a minor victim; **(ii)** the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921); **(iii)** any other dangerous weapon; or **(iv)** a failure to register under 18 U.S.C. § 2250; **and**

☐ **(2)** the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to Federal jurisdiction had existed; **and**

☐ **(3)** the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a Federal, State, or local offense; **and**

☐ **(4)** a period of not more than five years has elapsed since the date of conviction, or the release of the

Page 1 of 4

33

defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

☒ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

☐ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);

☐ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ **(4)** an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**

☒ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☒ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

☒ The defendant has not introduced sufficient evidence to rebut the presumption above, and detention is ordered on that basis. *(Part III need not be completed.)*

**OR**

☐ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

## Part III - Analysis and Statement of the Reasons for Detention

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☒ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☒ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

☒ Weight of evidence against the defendant is strong
☒ Subject to lengthy period of incarceration if convicted
☐ Prior criminal history
☐ Participation in criminal activity while on probation, parole, or supervision
☐ History of violence or use of weapons
☐ History of alcohol or substance abuse
☐ Lack of stable employment
☐ Lack of stable residence
☐ Lack of financially responsible sureties

AO 472  (Rev. 11/16)  Order of Detention Pending Trial

☐ Lack of significant community or family ties to this district
☐ Significant family or other ties outside the United States
☐ Lack of legal status in the United States
☐ Subject to removal or deportation after serving any period of incarceration
☐ Prior failure to appear in court as ordered
☐ Prior attempt(s) to evade law enforcement
☐ Use of alias(es) or false documents
☐ Background information unknown or unverified
☐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

The clear and convincing evidence shows that no conditions will assure the safety to any person or the community. Defendant is charged with attempted transfer of obscene materials to minors. Defendant admitted to contacting a minor victim who lives in Florida, who turned out to be an undercover agent ("UC"). He also admitted that, in the past, he created Kik accounts, made communications with minor and adults, engaged in conversations, and then deleted the accounts. He would then create a new profile and start the process again. The agent testified that Black admitted to the repetitive nature of his acts and that it seemed like a compulsion to him. The supporting affidavit details the conversations between Defendant and the purported Florida minor victim and the nature of the obscene material he sent her over a few days, including mulitple nude videos of himself masterbating. A search warrant to Kik for his account showed chats of a sexual nature with minors and adults. There is evidence that he engaged in a chat with a minor girl in Mexico and initiated sexual comments. There is also evidence that he engaged in conversations with a minor in Ireland and discussed meeting in person, if it was practical. He admitted to PTS in his interview extensive foreign travel over the past 10 years. The evidence showed that Defendant is an international danger to the community. This evidence was not rebutted.

In addition, a preponderance of the evidence shows Defendant is a flight risk. Defendant has been a law enforcement officer for the past 20 years. He has no criminal history other than the charges arising from this incident, pending in both state and federal court in Florida. Although he has ties to the community, including his home, wife and son here, he is about to lose his job because of these charges.The sentence in this charge is substantial, which gives him an incentive to flee in combination with the loss of his law enforcement career. Furthermore, because he has been a law enforcement officer for so long, he knows how to cover his tracks, including his continuous deletion of his online accounts, which amounts to destruction of evidence. His continuous creation of new accounts shows that he understands the illegal nature of his acts, his willingness to continue violating the law despite his employment, and his obsession with this type of activity. His offer to meet a foreign minor shows that he is a continuing danger to the community, willing to take his actions to the next level, and willing to travel to continue his illegal activities. Because of his destruction of evidence, the full extent of his past actions are unknown. His frequent international travel make his meeting of foreign minors more of a possibility. Thus, the Court finds that a preponderance of the evidence shows that Defendant is a flight risk and this evidence was not rebutted.

His wife testified that she was willing to act as a third party custodian and all electronics would be password protected. However, she was unaware of Defendant's activities and some of his international travel while they were living together and married. The Court finds that she is not an acceptable custodian because her husband committed these acts while they were married and she was not aware. He could continue to deceive her in the future.

Defendant has not rebutted the presumption that he is a danger to the community or a flight risk. The Court finds that there are no conditions that would assure the safety to the community or his appearance in court.

AO 472  (Rev. 11/16)  Order of Detention Pending Trial

## Part IV - Directions Regarding Detention

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant must be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date:            02/05/2026

_Dena Palermo_

United States Magistrate Judge

United States District Court
Southern District of Texas

**ENTERED**

February 05, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:26–mj–00067 |
| | § | |
| John Frederick Black | § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Northern District of Florida, Tallahassee division, in 4:26–mj–67.**

The defendant will retain an attorney.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: February 5, 2026

Dena Hanovice Palermo
United States Magistrate Judge

Government moved for detention and Defendant detained after a hearing in District of arrest.

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Justin Alan Keiter (justin@keiterlawfirm.com), Shawn Jeffery Nelson
(shawn.nelson@usdoj.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:45598847@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00067 USA v. Black Rule 5 Papers Sent
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 2/5/2026 at 11:55 AM CST and filed on 2/5/2026

**Case Name:**        USA v. Black

**Case Number:**      4:26–mj–00067

**Filer:**

**Document Number:**  No document attached

**Docket Text:**
 **RULE 5 Papers sent to Northern District Florida, Tallahassee Division as to John Frederick Black, filed. (clf4)**

**4:26–mj–00067–1 Notice has been electronically mailed to:**

Justin Alan Keiter &nbsp &nbsp justin@keiterlawfirm.com

Shawn Jeffery Nelson &nbsp &nbsp shawn.nelson@usdoj.gov

**4:26–mj–00067–1 Notice has not been electronically mailed to:**